EEOC Form 161-B (01/2022)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Mr. Kurt A. Williams<br>22061 E. Estrella Rd<br>Queen Creek, AZ 85142 | From: | Phoenix District Office<br>3300 North Central Avenue, Suite 690<br>Phoenix, AZ 85012 |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 540-2023-00214 | PATRICIA MINER,<br>Supervisory Investigator | 602-661-0040 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

- More than 180 days have passed since the filing of this charge.
- The EEOC is terminating its processing of this charge.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____  11/01/2023
Nancy Sienko
Acting District Director

Enclosures(s)

cc:  Robert Peak
United Integrated Services USA Corp
140 W. Pinnacle Peak Rd
Phoenix, AZ 85027

Bradley Schleier
Schleier Law Offices, P.
428 E THUNDERBIRD RD PMB 541
Phoenix, AZ 85022

Elizabeth Tate
attorneyelizabethtate@yahoo.com